UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

**FILED**
OCT 20 2010

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| ORLANDO MENDEZ, | CIV. 09-4086 |
| Plaintiff, | |
| -vs- | ORDER OF DISMISSAL |
| ERVIN HEATWOLE, | |
| Defendant. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The court was advised on September 14, 2010, that the parties resolved their dispute. Therefore, it is

ORDERED that this action is hereby dismissed with prejudice and without costs, each party to pay their own costs. Any party, on good cause shown on or before November 19, 2010, may move to vacate this Order of Dismissal and reopen this action if settlement is not consummated. The Court also retains ancillary jurisdiction to enforce all settlement agreements entered into by the parties and their representatives. *See Harris v. Arkansas State Highway and Transp. Dep't.*, 437 F.3d 749 (8th Cir. 2006).

Dated this 20 day of October, 2010.

BY THE COURT:

JOHN E. SIMKO
United States Magistrate Judge